**07 C 6203**

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT 1



**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 3028020808 | $808.62 |
| STATEMENT DATE | DUE DATE |
| MAY 15 2007 | DUE |
| Payments received will be credited to your account | |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED      $ _____

MARLA COLLINS
8█ ███████ AVE
CHICAGO IL 606173051

**IMPORTANT:** PLEASE DETACH AND RETURN TOP PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT, PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| 3028020808 | 07/29/05 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| MAY 15 2007 | 31120071 | BALANCE DUE<br>ASSET ACCEPTANCE LLC, A LIMITED LIABILITY COMPANY ORGANIZED AND EXISITING UNDER THE LAWS OF THE STATE OF DELAWARE, ASSIGNEE OF STERLING JEWELERS INC - JB ROBINSON / STERLING JEWELERS INC<br>P.O. Box 909886  CHICAGO, IL 60604 | $808.62 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 03/03/04 | 11/30/2006 | $808.04 | 4.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF MAY 15 2007 |
|---|---|
|  | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $808.62 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

**EXHIBIT B**

31120071

# EXHIBIT 2

AFFIDAVIT

STATE OF Ohio

ss.: 281607755

COUNTY OF SUMMIT

*I*, being duly sworn, deposes and says:

1. I, *Jennifer Mondl*, am P & L Analyst of JB Robinson Jewelers and am authorized to make this affidavit on behalf of JB Robinson Jewelers.
2. *MARLA COLLINS* had a credit card account with JB Robinson Jewelers, account *3028020808*.
The account was sold and transferred to Asset Acceptance, LLC. on *11/30/2006*.
3. At the time of the sale to Asset Acceptance, LLC., the amount due on the account pursuant to the terms of the cardholder agreement between JB Robinson Jewelers and *MARLA COLLINS* was *755.23*.
4. Your deponent states that to the best of deponent's knowledge, information and belief that there were no unaccredited payments, just counterclaims or offsets against the account when it was sold.
5. Your deponent acknowledges that in making this affidavit that Asset Acceptance, LLC. is now the owner of said account, and is authorized to collect, settle, adjust, compromise and satisfy the same and that JB Robinson Jewelers has no further interest in said account for any purpose.

JB Robinson Jewelers.

By *[signature: Jennifer Mondl]*
Its: Authorized Representative

On October 2, 2007 before me personally appeared who, being sworn stated he/she was authorized on behalf of JB Robinson Jewelers to execute the within affidavit.

*[signature]*
Notary Public
Sherri Towers
Notary Public
My Commission Expires
10-30-07

# EXHIBIT 3

Complaint - Note                                                                                     (3-81) CCMD-8A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

07071314
ASSET ACCEPTANCE LLC            ]
                                 ]   CASE NO.
                                 ]
                                 ]   AMOUNT CLAIMED: $1,458.67
        Plaintiff,               ]
                        v.       ]   RETURN DATE:    10/16/07
CHRISTINE C CHAVEZ               ]
                                 ]
                                 ]
                                 ]
        Defendant.               ]

# CONTRACT COMPLAINT

The plaintiff claims as follows:

1. That the defendant, CHRISTINE C CHAVEZ, is indebted to plaintiff, ASSET ACCEPTANCE LLC by virtue of a certain agreement entered into by defendant on or about December 17, 2002; said agreement and/or terms are attached hereto and made a part hereof. Plaintiff has performed any and all conditions required by the contract, if any.

2. That the defendant(s) are in default of the terms of the agreement by failing to make payments due.

3. That after allowing for all credits due defendant, there is due and owing as of August 30, 2007 the sum of $1,458.67 plus contractual interest as called for in the agreement at 19%.

4. That demand has been made upon the defendant for the balance due, but defendant has failed to pay and still continues to refuse to pay said balance justly due.

5. That the plaintiff, ASSET ACCEPTANCE LLC, is the bona fide owner of title to this action.

WHEREFORE, plaintiff prays for judgment against the defendant in the amount of $1,458.67 plus contractual interest to date of judgment plus costs of this action.

Louis S. Freedman                          FREEDMAN ANSELMO LINDBERG & RAPPE LLC
Freedman Anselmo Lindberg & Rappe LLC                               630/983-0770
PO Box 3228  Naperville, IL 60566-7228                     Fax No. 630-983-3726
Attorney No. 26122                                    Toll Free No. 877-729-6734
P034DN

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

ASSET ACCEPTANCE LLC

Statement of Account

| | |
|---|---|
| ASSIGNEE OF: | TARGET / |
| NAME: | CHRISTINE C CHAVEZ |
| ADDRESS: | █████████████ |
| ASSET ACCEPTANCE LLC Account # | 29783226 |
| Original Lender Account # | 90026895344990 |
| Purchase Date | 12/07/06 |
| Principal Amount | 892.42 |
| Purchased Interest | 448.29 |
| Interest After Purchase | 101.70 |
| Total Balance | 1442.41 |
| Interest Rate | 19.000 |
| Date of Charge off | 04/16/04 |
| Date of Last Payment | 10/16/03 |

Dated this 26th day of July, 2007
Delaware Corporation doing business at
P.O. Box 2040
Warren, MI 48090

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

29783226
966 FREEDMAN, ANSELMO

STATE OF MICHIGAN    )
                     )  ss
COUNTY OF MACOMB     )

ASSET ACCEPTANCE LLC           )
                               )
    Plaintiff,                 )
                               )
vs                             )
                               )       AFFIDAVIT
CHRISTINE C CHAVEZ             )
                               )
                               )
    Defendant,                 )

I, _____ **James L. Craig** _____ being first duly sworn deposes and states:

    That I am the Supervisor of ASSET ACCEPTANCE LLC, a Limited Liability company organized and existing under the laws of the State of Delaware and doing business at P.O. BOX 2041, WARREN, MI 48090.

    That there is justly due and owing on the account by the Defendant to the Plaintiff, the sum of money set out in the attached statement of account amounting to $892.42 representing the principal and $549.99 representing accrued interest to date.

    That the said account originally with TARGET / , account number 90026895344990, has been purchased by ASSET ACCEPTANCE LLC, who now owns said account and has all rights connected therewith including the right to institute this action.

    That we have been unable to determine if the Defendant is in the military service of the United States of America. Further, we are unable to determine if the Defendant is entitled to rights and privileges provided under the Servicemembers Civil Relief Act.

Dated this 26 th day of July, 2007.

_____
Supervisor

Subscribed and sworn to before me, a Notary Public for the State of Michigan, the 26 th of July, 2007 as certified by my hand as set forth immediately below.

_____
Notary Public

29783226
966 FREEDMAN, ANSELMO