# EXHIBIT 1

**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 3028020808 | $808.62 |
| STATEMENT DATE | DUE DATE |
| MAY 15 2007 | DUE |
| Payments received will be credited to your account | |

MARLA COLLINS
8▮▮▮▮▮▮▮▮▮ AVE
CHICAGO IL 606173051

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED      $

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT,
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| 3028020808 | 07/29/05 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| MAY 15 2007 | 31120071 | BALANCE DUE ASSET ACCEPTANCE LLC, A LIMITED LIABILITY COMPANY ORGANIZED AND EXISITING UNDER THE LAWS OF THE STATE OF DELAWARE, ASSIGNEE OF STERLING JEWELERS INC - JB ROBINSON / STERLING JEWELERS INC P.O. Box 909886  CHICAGO, IL 60604 | $808.62 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 03/03/04 | 11/30/2006 | $808.04 | 4.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF MAY 15 2007 |
|---|---|
| | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $808.62 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

**EXHIBIT**

**B**

# EXHIBIT 2

*Dorothy Brown*

# Clerk of the
# Circuit Court

*Cook County*

Case Information Summary for Case Number
2007-M1-207025

Filing Date: 10/26/2007

Case Type: CONTRACT

Division: Municipal Division

District: First Municipal

Ad Damnum: $1384.92

Calendar:

## Party Information

**Plaintiff(s)**

ASSET ACCEPTANCE

**Attorney(s)**

JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**

MONROE SARA J

**Attorney(s)**

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Attorney: JUTLA SANJAY

Court Fee: 134.00

Judgment Amount: 1384.92

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



### Dorothy Brown
# Clerk of the Circuit Court
### Cook County

Case Information Summary for Case Number
2007-M1-207026

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $1670.19

Case Type: CONTRACT

District: First Municipal

Calendar:

### Party Information

**Plaintiff(s)**
ASSET ACCEPTANCE

**Attorney(s)**
JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**
THORNE LYDIA

**Attorney(s)**

### Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 134.00

Judgment Amount: 1670.19

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the* Circuit Court
### *Cook County*

Case Information Summary for Case Number

2007-M1-207027

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3210.21

Case Type: CONTRACT

District: First Municipal

Calendar:

### Party Information

**Plaintiff(s)**

ASSET ACCEPTANCE

**Attorney(s)**

JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**

MANCHEN FRANK

**Attorney(s)**

### Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 3210.21

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*
# Clerk *of the*
# Circuit Court
*Cook County*

Case Information Summary for Case Number

2007-M1-207028

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $4730.76

Case Type: CONTRACT

District: First Municipal

Calendar:

## Party Information

| **Plaintiff(s)** | **Attorney(s)** |
| --- | --- |
| ASSET ACCEPTANCE | JUTLA SANJAY |
| | 55 E JACKSON 16TH FL |
| | CHICAGO IL, 60604 |
| | (312) 294-0100 |

| **Date of Service** | **Defendant(s)** | **Attorney(s)** |
| --- | --- | --- |
| | RIVAS RAPHAEL | |

## Case Activity

Activity Date: 10/26/2007                                              Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101                                              Attorney: JUTLA SANJAY

Court Fee: 184.00

Judgment Amount: 4730.76

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the* Circuit Court

*Cook County*

Case Information Summary for Case Number

2007-M1-207029

Filing Date: 10/26/2007

Case Type: CONTRACT

Division: Municipal Division

District: First Municipal

Ad Damnum: $3541.99

Calendar:

## Party Information

| **Plaintiff(s)** | **Attorney(s)** |
| --- | --- |
| ASSET ACCEPTANCE | JUTLA SANJAY |
| | 55 E JACKSON 16TH FL |
| | CHICAGO IL, 60604 |
| | (312) 294-0100 |

| **Date of Service** | **Defendant(s)** | **Attorney(s)** |
| --- | --- | --- |
| | CENTENO ARIEL | |

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Attorney: JUTLA SANJAY

Court Fee: 184.00

Judgment Amount: 3541.99

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page

*Dorothy Brown*

# Clerk of the
# Circuit Court
*Cook County*

Case Information Summary for Case Number
2007-M1-207030

Filing Date: 10/26/2007                           Case Type: CONTRACT
Division: Municipal Division                      District: First Municipal
Ad Damnum: $3951.33                               Calendar:

### Party Information

**Plaintiff(s)**                    **Attorney(s)**
ASSET ACCEPTANCE                    JUTLA SANJAY

                                    55 E JACKSON 16TH FL

                                    CHICAGO IL, 60604

                                    (312) 294-0100

**Date of Service**    **Defendant(s)**         **Attorney(s)**
                       WINGO CARL D

### Case Activity

Activity Date: 10/26/2007                        Participant: ASSET ACCEPTANCE

                  CONTRACT COMPLAINT FILED

        Court Date: 12/5/2007
        Court Time: 0930
        Court Room: 1101                          Attorney: JUTLA SANJAY
        Court Fee: 184.00
  Judgment Amount: 3951.33

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

<u>Return to Search Page</u>

*Dorothy Brown*

# Clerk *of the*
# Circuit Court
*Cook County*

Case Information Summary for Case Number
2007-M1-207031

Filing Date: 10/26/2007                                        Case Type: CONTRACT
Division: Municipal Division                                   District: First Municipal
Ad Damnum: $2625.37                                            Calendar:

### Party Information

**Plaintiff(s)**                                              **Attorney(s)**
ASSET ACCEPTANCE                                              JUTLA SANJAY

                                                             55 E JACKSON 16TH FL

                                                             CHICAGO IL, 60604

                                                             (312) 294-0100

**Date of Service**          **Defendant(s)**                **Attorney(s)**
                             SANCHEZ ANA

### Case Activity

Activity Date: 10/26/2007                                    Participant: ASSET ACCEPTANCE

                             CONTRACT COMPLAINT FILED

           Court Date: 12/5/2007
           Court Time: 0930
           Court Room: 1101                         Attorney: JUTLA SANJAY
            Court Fee: 184.00
     Judgment Amount: 2625.37

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# CLERK of the
# Circuit Court
*Cook County*

Case Information Summary for Case Number
2007-M1-207032

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $4576.62

Case Type: CONTRACT

District: First Municipal

Calendar:

## Party Information

**Plaintiff(s)**
ASSET ACCEPTANCE

**Attorney(s)**
JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**
BUCHANAN LEON

**Attorney(s)**

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101    Attorney: JUTLA SANJAY

Court Fee: 184.00

Judgment Amount: 4576.62

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page

*Dorothy Brown*

# Clerk of the Circuit Court

*Cook County*

Case Information Summary for Case Number

2007-M1-207033

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3435.68

Case Type: CONTRACT

District: First Municipal

Calendar:

## Party Information

| Plaintiff(s) | Attorney(s) |
|---|---|
| ASSET ACCEPTANCE | JUTLA SANJAY |
| | 55 E JACKSON 16TH FL |
| | CHICAGO IL, 60604 |
| | (312) 294-0100 |

| Date of Service | Defendant(s) | Attorney(s) |
|---|---|---|
| | LOPEZ MANUELA G | |

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 3435.68

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page

*Dorothy Brown*

# CLERK of the
# CIRCUIT COURT
*Cook County*

Case Information Summary for Case Number

2007-M1-207035

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3753.33

Case Type: CONTRACT

District: First Municipal

Calendar:

## Party Information

**Plaintiff(s)**

ASSET ACCEPTANCE

**Attorney(s)**

JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**

MCBRIDE MARVINA

**Attorney(s)**

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 3753.33

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the*
## Circuit Court
*Cook County*

Case Information Summary for Case Number

2007-M1-207037

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3679.02

Case Type: CONTRACT

District: First Municipal

Calendar:

### Party Information

| **Plaintiff(s)** | **Attorney(s)** |
|---|---|
| ASSET ACCEPTANCE | JUTLA SANJAY |
| | 55 E JACKSON 16TH FL |
| | CHICAGO IL, 60604 |
| | (312) 294-0100 |

| **Date of Service** | **Defendant(s)** | **Attorney(s)** |
|---|---|---|
| | MACALUSO LARRY | |

### Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 3679.02

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk of the Circuit Court
## Cook County

Case Information Summary for Case Number

2007-M1-207038

Filing Date: 10/26/2007
Division: Municipal Division
Ad Damnum: $3454.12

Case Type: CONTRACT
District: First Municipal
Calendar:

### Party Information

**Plaintiff(s)**
ASSET ACCEPTANCE

**Attorney(s)**
JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**
NAPOLES SALVADOR

**Attorney(s)**

### Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007
Court Time: 0930
Court Room: 1101
Court Fee: 184.00
Judgment Amount: 3454.12

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the* Circuit Court

*Cook County*

Case Information Summary for Case Number
2007-M1-207040

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3458.73

Case Type: CONTRACT

District: First Municipal

Calendar:

## Party Information

| Plaintiff(s) | Attorney(s) |
|---|---|
| ASSET ACCEPTANCE | JUTLA SANJAY |
| | 55 E JACKSON 16TH FL |
| | CHICAGO IL, 60604 |
| | (312) 294-0100 |

| Date of Service | Defendant(s) | Attorney(s) |
|---|---|---|
| | HAAG KENT W | |

## Case Activity

Activity Date: 10/26/2007                          Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101                          Attorney: JUTLA SANJAY

Court Fee: 184.00

Judgment Amount: 3458.73

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the* Circuit Court

*Cook County*

Case Information Summary for Case Number
2007-M1-207042

Filing Date: 10/26/2007                                  Case Type: CONTRACT
Division: Municipal Division                             District: First Municipal
Ad Damnum: $4566.94                                      Calendar:

## Party Information

**Plaintiff(s)**                                         **Attorney(s)**
ASSET ACCEPTANCE                                         JUTLA SANJAY

                                                         55 E JACKSON 16TH FL

                                                         CHICAGO IL, 60604

                                                         (312) 294-0100

**Date of Service**        **Defendant(s)**              **Attorney(s)**
                           JONES LOUIS

## Case Activity

Activity Date: 10/26/2007                                Participant: ASSET ACCEPTANCE

                           CONTRACT COMPLAINT FILED

        Court Date: 12/5/2007
        Court Time: 0930
        Court Room: 1101                                 Attorney: JUTLA SANJAY
        Court Fee: 184.00
   Judgment Amount: 4566.94

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# CLERK of the Circuit Court

*Cook County*

Case Information Summary for Case Number

2007-M1-207044

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3729.02

Case Type: CONTRACT

District: First Municipal

Calendar:

## Party Information

**Plaintiff(s)**

ASSET ACCEPTANCE

**Attorney(s)**

JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**

PEREZ JOSE G

**Attorney(s)**

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 3729.02

Attorney: JUTLA SANJAY

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the*
# Circuit Court
*Cook County*

Case Information Summary for Case Number

2007-M1-207045

Filing Date: 10/26/2007
Division: Municipal Division
Ad Damnum: $3364.14

Case Type: CONTRACT
District: First Municipal
Calendar:

## Party Information

**Plaintiff(s)**
ASSET ACCEPTANCE

**Attorney(s)**
JUTLA SANJAY
55 E JACKSON 16TH FL
CHICAGO IL, 60604
(312) 294-0100

**Date of Service**

**Defendant(s)**
WRIGHT ANDRE L JR

**Attorney(s)**

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007
Court Time: 0930
Court Room: 1101
Court Fee: 184.00
Judgment Amount: 3364.14

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page

*Dorothy Brown*

# Clerk *of the*
# Circuit Court
*Cook County*

### Case Information Summary for Case Number
2007-M1-207046

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $2982.66

Case Type: CONTRACT

District: First Municipal

Calendar:

### Party Information

**Plaintiff(s)**

ASSET ACCEPTANCE

**Attorney(s)**

JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**

REYNOLDS MARVIN J

**Attorney(s)**

### Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 2982.66

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk of the Circuit Court
*Cook County*

Case Information Summary for Case Number
2007-M1-207047

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3797.47

Case Type: CONTRACT

District: First Municipal

Calendar:

### Party Information

**Plaintiff(s)**
ASSET ACCEPTANCE

**Attorney(s)**
JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**
ROSS RAIMONDI

**Attorney(s)**

### Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 3797.47

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the* Circuit Court

*Cook County*

Case Information Summary for Case Number

2007-M1-207048

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $3241.43

Case Type: CONTRACT

District: First Municipal

Calendar:

### Party Information

| **Plaintiff(s)** | **Attorney(s)** |
|---|---|
| ASSET ACCEPTANCE | JUTLA SANJAY |
| | 55 E JACKSON 16TH FL |
| | CHICAGO IL, 60604 |
| | (312) 294-0100 |

| **Date of Service** | **Defendant(s)** | **Attorney(s)** |
|---|---|---|
| | KUHAR JASON | |

### Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 3241.43

Attorney: JUTLA SANJAY

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page



*Dorothy Brown*

# Clerk *of the* Circuit Court

*Cook County*

Case Information Summary for Case Number

2007-M1-207049

Filing Date: 10/26/2007

Division: Municipal Division

Ad Damnum: $4646.82

Case Type: CONTRACT

District: First Municipal

Calendar:

## Party Information

**Plaintiff(s)**

ASSET ACCEPTANCE

**Attorney(s)**

JUTLA SANJAY

55 E JACKSON 16TH FL

CHICAGO IL, 60604

(312) 294-0100

**Date of Service**

**Defendant(s)**

MCKINNEY TINA

**Attorney(s)**

## Case Activity

Activity Date: 10/26/2007

Participant: ASSET ACCEPTANCE

CONTRACT COMPLAINT FILED

Court Date: 12/5/2007

Court Time: 0930

Court Room: 1101

Court Fee: 184.00

Judgment Amount: 4646.82

Attorney: JUTLA SANJAY

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page

# EXHIBIT 3



Dorothy Brown

# CLERK of the
# CIRCUIT Court
## Cook County

*Division: Civil*
**Click on Case Number for Case Information Summary**

Name Search Results for: ASSET ACCEPTANCE

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2007-M1-601478 | ASSET ACCEPTANCE | WILLIAMS KELVIN | 10/30/2007 |
| 2007-M1-207025 | ASSET ACCEPTANCE | MONROE SARA J | 10/26/2007 |
| 2007-M1-207026 | ASSET ACCEPTANCE | THORNE LYDIA | 10/26/2007 |
| 2007-M1-207027 | ASSET ACCEPTANCE | MANCHEN FRANK | 10/26/2007 |
| 2007-M1-207028 | ASSET ACCEPTANCE | RIVAS RAPHAEL | 10/26/2007 |
| 2007-M1-207029 | ASSET ACCEPTANCE | CENTENO ARIEL | 10/26/2007 |
| 2007-M1-207030 | ASSET ACCEPTANCE | WINGO CARL D | 10/26/2007 |
| 2007-M1-207031 | ASSET ACCEPTANCE | SANCHEZ ANA | 10/26/2007 |
| 2007-M1-207032 | ASSET ACCEPTANCE | BUCHANAN LEON | 10/26/2007 |
| 2007-M1-207033 | ASSET ACCEPTANCE | LOPEZ MANUELA G | 10/26/2007 |
| 2007-M1-207035 | ASSET ACCEPTANCE | MCBRIDE MARVINA | 10/26/2007 |
| 2007-M1-207037 | ASSET ACCEPTANCE | MACALUSO LARRY | 10/26/2007 |
| 2007-M1-207038 | ASSET ACCEPTANCE | NAPOLES SALVADOR | 10/26/2007 |
| 2007-M1-207040 | ASSET ACCEPTANCE | HAAG KENT W | 10/26/2007 |
| 2007-M1-207042 | ASSET ACCEPTANCE | JONES LOUIS | 10/26/2007 |
| 2007-M1-207044 | ASSET ACCEPTANCE | PEREZ JOSE G | 10/26/2007 |
| 2007-M1-207045 | ASSET ACCEPTANCE | WRIGHT ANDRE L JR | 10/26/2007 |
| 2007-M1-207046 | ASSET ACCEPTANCE | REYNOLDS MARVIN J | 10/26/2007 |
| 2007-M1-207047 | ASSET ACCEPTANCE | ROSS RAIMONDI | 10/26/2007 |
| 2007-M1-207048 | ASSET ACCEPTANCE | KUHAR JASON | 10/26/2007 |
| 2007-M1-207049 | ASSET ACCEPTANCE | MCKINNEY TINA | 10/26/2007 |
| 2007-M1-207050 | ASSET ACCEPTANCE | CARTER MICHAEL | 10/26/2007 |
| 2007-M1-207051 | ASSET ACCEPTANCE | GOLDEN DEBBIE | 10/26/2007 |
| 2007-M1-207052 | ASSET ACCEPTANCE | WOODLEY WILLIE C | 10/26/2007 |
| 2007-M1-207053 | ASSET ACCEPTANCE | WAY DEAN T | 10/26/2007 |
| 2007-M1-207054 | ASSET ACCEPTANCE | HAYES LESLIE | 10/26/2007 |
| 2007-M1-207055 | ASSET ACCEPTANCE | SCOTT ISSAC | 10/26/2007 |
| 2007-M1-207056 | ASSET ACCEPTANCE | RATLIFF JAMES L | 10/26/2007 |
| 2007-M1-207057 | ASSET ACCEPTANCE | KRNAC LUBOMIR | 10/26/2007 |

| 2007-M1-207058 | ASSET ACCEPTANCE | CHALIAVSKI STEFAN | 10/26/2007 |
| 2007-M1-207059 | ASSET ACCEPTANCE | BOWMAN CAROLYN | 10/26/2007 |
| 2007-M1-207060 | ASSET ACCEPTANCE | BARNHOUSE JON | 10/26/2007 |
| 2007-M1-207061 | ASSET ACCEPTANCE | ANDERSON PETRONILO | 10/26/2007 |
| 2007-M1-207062 | ASSET ACCEPTANCE | BATTLE MARKEY T | 10/26/2007 |
| 2007-M1-207063 | ASSET ACCEPTANCE | COMBS CEDRIC | 10/26/2007 |
| 2007-M1-207064 | ASSET ACCEPTANCE | SINGLETON JOVAUGHN | 10/26/2007 |
| 2007-M1-207065 | ASSET ACCEPTANCE | GATES JAMES | 10/26/2007 |
| 2007-M1-207066 | ASSET ACCEPTANCE | GORMAN ROBERT M | 10/26/2007 |
| 2007-M1-207067 | ASSET ACCEPTANCE | HOLMES JAMES F | 10/26/2007 |
| 2007-M1-207068 | ASSET ACCEPTANCE | LAND LINA L | 10/26/2007 |
| 2007-M1-207069 | ASSET ACCEPTANCE | CHRISTO MILLIE | 10/26/2007 |
| 2007-M1-207070 | ASSET ACCEPTANCE | GWIZDAK ALEKSANDRA | 10/26/2007 |
| 2007-M1-207071 | ASSET ACCEPTANCE | RUIZ SAMUEL | 10/26/2007 |
| 2007-M1-207072 | ASSET ACCEPTANCE | HERNANDEZ DAGOBERT | 10/26/2007 |
| 2007-M1-207073 | ASSET ACCEPTANCE | KELLY JANICE E | 10/26/2007 |
| 2007-M1-207074 | ASSET ACCEPTANCE | RATULOWSKI RICHARD | 10/26/2007 |
| 2007-M1-207075 | ASSET ACCEPTANCE | BISAK JOZEF | 10/26/2007 |
| 2007-M1-207076 | ASSET ACCEPTANCE | VERNADO THELMARE | 10/26/2007 |
| 2007-M1-207077 | ASSET ACCEPTANCE | RUIZ JOSE | 10/26/2007 |
| 2007-M1-207078 | ASSET ACCEPTANCE | BIGGS ARRILIES A | 10/26/2007 |
| 2007-M1-207246 | ASSET ACCEPTANCE | GALINDO JOSE A | 10/26/2007 |
| 2007-M1-207247 | ASSET ACCEPTANCE | DUNIGAN SHERRY | 10/26/2007 |
| 2007-M1-207248 | ASSET ACCEPTANCE | GONZALEZ ANA B | 10/26/2007 |
| 2007-M1-207249 | ASSET ACCEPTANCE | MOCNIK RENEE | 10/26/2007 |
| 2007-M1-207250 | ASSET ACCEPTANCE | CACHO ZENAIDA | 10/26/2007 |
| 2007-M1-207251 | ASSET ACCEPTANCE | SIMONI JOHN JR | 10/26/2007 |
| 2007-M1-207252 | ASSET ACCEPTANCE | FERNANDEZ RAUL | 10/26/2007 |
| 2007-M1-207253 | ASSET ACCEPTANCE | GENTILE DAVID | 10/26/2007 |
| 2007-M1-207254 | ASSET ACCEPTANCE | JOHNSON REESHEMAH | 10/26/2007 |
| 2007-M1-207255 | ASSET ACCEPTANCE | STEWART NICOLE | 10/26/2007 |
| 2007-M1-207256 | ASSET ACCEPTANCE | ELIAS FRED | 10/26/2007 |
| 2007-M1-207257 | ASSET ACCEPTANCE | HENLEY SUSAN B | 10/26/2007 |
| 2007-M1-207258 | ASSET ACCEPTANCE | BROWN NIKKI | 10/26/2007 |
| 2007-M1-207259 | ASSET ACCEPTANCE | JOHNSON BRYAN | 10/26/2007 |
| 2007-M1-207260 | ASSET ACCEPTANCE | COLEMAN ERICA | 10/26/2007 |
| 2007-M1-207261 | ASSET ACCEPTANCE | VAZQUEZ VIRGINIA | 10/26/2007 |
| 2007-M1-207262 | ASSET ACCEPTANCE | HAZLE WILTON GEORG | 10/26/2007 |
| 2007-M1-207263 | ASSET ACCEPTANCE | NIUNIAVAS ALGIRDAS | 10/26/2007 |
| 2007-M1-207264 | ASSET ACCEPTANCE | LEWIS LILLIE L | 10/26/2007 |
| 2007-M1-207265 | ASSET ACCEPTANCE | ALI SYED Z | 10/26/2007 |
| 2007-M1-207266 | ASSET ACCEPTANCE | LIVINGSTON MARC | 10/26/2007 |
| 2007-M1-207267 | ASSET ACCEPTANCE | SMITH MOLLY K | 10/26/2007 |

| 2007-M1-207268 | ASSET ACCEPTANCE | CROWLEY DALE T | 10/26/2007 |
|---|---|---|---|
| 2007-M1-207269 | ASSET ACCEPTANCE | TOWNSEL NICOLE A | 10/26/2007 |
| 2007-M1-207272 | ASSET ACCEPTANCE | HELMINIAK CHRISTOP | 10/26/2007 |
| 2007-M1-207276 | ASSET ACCEPTANCE | CLARK SHAUNTAYE D | 10/26/2007 |
| 2007-M1-207278 | ASSET ACCEPTANCE | SROGA KEITH T | 10/26/2007 |
| 2007-M1-207280 | ASSET ACCEPTANCE | WHITE GLADYS M | 10/26/2007 |
| 2007-M1-207284 | ASSET ACCEPTANCE | SAMUELS JONATHAN | 10/26/2007 |
| 2007-M1-207288 | ASSET ACCEPTANCE | SEFIC MILI | 10/26/2007 |
| 2007-M1-207290 | ASSET ACCEPTANCE | MARTINEZ JORGE | 10/26/2007 |
| 2007-M1-207293 | ASSET ACCEPTANCE | LLOYD MARK A | 10/26/2007 |
| 2007-M1-207296 | ASSET ACCEPTANCE | NAJJAR ROGER J | 10/26/2007 |
| 2007-M1-207298 | ASSET ACCEPTANCE | SALEH IASER | 10/26/2007 |
| 2007-M1-207300 | ASSET ACCEPTANCE | CHING EILEEN | 10/26/2007 |
| 2007-M1-207302 | ASSET ACCEPTANCE | FRANKLIN LAVONNE | 10/26/2007 |
| 2007-M1-207304 | ASSET ACCEPTANCE | DIPLAS NICKOLAS | 10/26/2007 |
| 2007-M1-207306 | ASSET ACCEPTANCE | KIMIDES LAZAROS | 10/26/2007 |
| 2007-M1-207309 | ASSET ACCEPTANCE | OSCAR JUAREZ | 10/26/2007 |
| 2007-M1-207311 | ASSET ACCEPTANCE | CLEMENTS A | 10/26/2007 |
| 2007-M1-207313 | ASSET ACCEPTANCE | QUINTERO JUANA | 10/26/2007 |
| 2007-M1-207316 | ASSET ACCEPTANCE | LANGE CARL | 10/26/2007 |
| 2007-M1-207318 | ASSET ACCEPTANCE | MILLER CORNELL JR | 10/26/2007 |
| 2007-M1-207320 | ASSET ACCEPTANCE | CHMIEL LUCYNA | 10/26/2007 |
| 2007-M1-207321 | ASSET ACCEPTANCE | LEE JINSOO | 10/26/2007 |
| 2007-M1-207323 | ASSET ACCEPTANCE | MARTINEZ ANGEL | 10/26/2007 |
| 2007-M1-207325 | ASSET ACCEPTANCE | BAILEY FOREST | 10/26/2007 |
| 2007-M1-207328 | ASSET ACCEPTANCE | MINAEY SEYEDREZA | 10/26/2007 |
| 2007-M1-207331 | ASSET ACCEPTANCE | TAYLOR ERICA | 10/26/2007 |
| 2007-M1-207340 | ASSET ACCEPTANCE | METROZ MICHAEL | 10/26/2007 |
| 2007-M1-207342 | ASSET ACCEPTANCE | SALEEM RAHAT | 10/26/2007 |
| 2007-M1-207343 | ASSET ACCEPTANCE | BABIARZ PAUL | 10/26/2007 |
| 2007-M1-207344 | ASSET ACCEPTANCE | SHALABI ABDALLAH A | 10/26/2007 |
| 2007-M1-207345 | ASSET ACCEPTANCE | HERNANDEZ JUAN C | 10/26/2007 |
| 2007-M1-207346 | ASSET ACCEPTANCE | CABANAS LEOBARDO G | 10/26/2007 |
| 2007-M1-207347 | ASSET ACCEPTANCE | ASSET ACCEPTANCE | 10/26/2007 |
| 2007-M1-207348 | ASSET ACCEPTANCE | HILL SHANNON | 10/26/2007 |
| 2007-M1-207349 | ASSET ACCEPTANCE | CAMPOS MICHAEL O | 10/26/2007 |
| 2007-M1-207350 | ASSET ACCEPTANCE | MURDOCK CASSANDRA | 10/26/2007 |
| 2007-M1-207351 | ASSET ACCEPTANCE | RIVERA EDIE | 10/26/2007 |
| 2007-M1-207352 | ASSET ACCEPTANCE | PRIJIC MERSIHA | 10/26/2007 |
| 2007-M1-207353 | ASSET ACCEPTANCE | WILSON KELLY O | 10/26/2007 |
| 2007-M1-207354 | ASSET ACCEPTANCE | LOVE ERIC | 10/26/2007 |
| 2007-M1-207355 | ASSET ACCEPTANCE | CENICEROS MARCO | 10/26/2007 |
| 2007-M1-207356 | ASSET ACCEPTANCE | ALCANTARA LUIS | 10/26/2007 |

# EXHIBIT 4



**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 4447960111273239 | $1199.52 |
| STATEMENT DATE | DUE DATE |
| SEP 10 2007 | DUE |
| Payments received will be credited to your account | |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED    $

RUBY LIPSCOMB
3█████
CHICAGO IL 60624

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT,
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| 4447960111273239 | 06/30/03 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| SEP 10 2007 | 33104400 | BALANCE DUE<br>ASSET ACCEPTANCE LLC, A LIMITED<br>LIABILITY COMPANY ORGANIZED AND<br>EXISTING UNDER THE LAWS OF THE<br>STATE OF DELAWARE, ASSIGNEE OF /<br>BANK OF MARIN<br>P.O. Box 909886  CHICAGO, IL 60604 | $1199.52 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 08/13/03 | 4/30/2007 | $1199.52 | 23.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF SEP 10 2007 |
|---|---|
| | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $1199.52 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

**EXHIBIT**

**B**



## ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 4361451200563781 | $1952.07 |
| STATEMENT DATE | DUE DATE |
| SEP 07 2007 | DUE |
| Payments received will be credited to your account | |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED    $

ONELIA SAEZ
4████████████AVE
CHICAGO IL 606391921

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT,
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| 4361451200563781 | 02/04/03 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| SEP 07 2007 | 17779305 | BALANCE DUE<br>ASSET ACCEPTANCE LLC, A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, ASSIGNEE OF / PROVIDIAN BANK<br>P.O. Box 909886  CHICAGO, IL 60604 | $1952.07 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 03/30/03 | 06/29/04 | $1949.49 | 9.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF SEP 07 2007 |
|---|---|
|  | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $1952.07 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR

### EXHIBIT
# B



**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 5483107002542684 | $13028.17 |
| STATEMENT DATE | DUE DATE |
| SEP 06 2007 | DUE |
| Payments received will be credited to your account | |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED     $ _____

VU LE
1████████BLVD ███
HOFFMAN ESTATES IL 601952723

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT,
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| 5483107002542684 | 08/10/01 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| SEP 06 2007 | 16685655 | BALANCE DUE<br>ASSET ACCEPTANCE LLC, A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, ASSIGNEE OF  /<br>BANK ONE<br>P.O. Box 909886  CHICAGO, IL 60604 | $13028.17 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 10/11/01 | 03/11/04 | $13004.29 | 19.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF SEP 06 2007 |
|---|---|
| | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $13028.17 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR

**EXHIBIT**

# B



**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 4447960129017529 | $1599.72 |
| STATEMENT DATE | DUE DATE |
| SEP 06 2007 | DUE |
| Payments received will be credited to your account | |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED    $ _____

LIBYA BROWN
2████████ST 1
CHICAGO IL 606123610

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT,
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER |
|---|
| 4447960129017529 |

| DATE OF LAST PAYMENT |
|---|
| 03/23/03 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| SEP 06 2007 | 33098419 | BALANCE DUE<br>ASSET ACCEPTANCE LLC, A LIMITED<br>LIABILITY COMPANY ORGANIZED AND<br>EXISTING UNDER THE LAWS OF THE<br>STATE OF DELAWARE, ASSIGNEE OF /<br>BANK OF MARIN<br>P.O. Box 909886  CHICAGO, IL 60604 | $1599.72 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 07/10/03 | 4/30/2007 | $1599.72 | 23.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF SEP 06 2007 |
|---|---|
| | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $1599.72 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

EXHIBIT

**B**

33098419



**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 4731900422063718 | $1341.89 |
| STATEMENT DATE | DUE DATE |
| SEP 05 2007 | DUE |
| Payments received will be credited to your account | |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED          $

JULIE FOUNTAIN
5█████████DR
SCHAUMBURG IL 60173

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT.
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER |
|---|
| 4731900422063718 |

| DATE OF LAST PAYMENT |
|---|
| 02 09 03 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| SEP 05 2007 | 33096625 | BALANCE DUE<br>ASSET ACCEPTANCE LLC. A LIMITED<br>LIABILITY COMPANY ORGANIZED AND<br>EXISTING UNDER THE LAWS OF THE<br>STATE OF DELAWARE, ASSIGNEE OF /<br>BANK OF MARIN<br>P.O. Box 909886  CHICAGO. IL 60604 | $1341.89 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 03/18/03 | 4/30/2007 | $1341.89 | 23.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF SEP 05 2007 |
|---|---|
| | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $1341.89 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO. IL 60604

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

**EXHIBIT**

# B



**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 4465681700618140 | $5359.81 |
| STATEMENT DATE | DUE DATE |
| AUG 31 2007 | DUE |
| Payments received will be credited to your account | |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED     $

ERMA J ROBINSON
1 ████████ Ave
Maywood IL 601532061

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT,
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| 4465681700618140 | 12/09/02 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| AUG 31 2007 | 30254667 | BALANCE DUE ASSET ACCEPTANCE LLC. A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE. ASSIGNEE OF PROVIDIAN P.O. Box 909886  CHICAGO, IL 60604 | $5359.81 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 01/01/03 | 11/07/2006 | $5359.81 | 5.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF AUG 31 2007 |
|---|---|
| | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $5359.81 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR

| EXHIBIT |
|---|
| **B** |

30254667

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARLA DOBSON f/k/a MARLA COLLINS,   )
individually and on behalf of a class,   )
   )   07 C 6203
   Plaintiff,   )
   )   Judge Anderson
   v.   )
   )   Magistrate Judge Valdez
ASSET ACCEPTANCE LLC,   )
   )
   Defendant,   )

**DECLARATION OF CURTIS C. WARNER**

I, Curtis C. Warner declare that the following statements are true:

1.    I received my undergraduate degree from Grand Valley State University in 1993, my Masters Degree in Education from Wayne State University in 1998, and my Juris Doctorate from Michigan State University – Detroit College of Law (now Michigan State University – College of Law), *cum laude*, in 2002.  During law school I was the Editor-in-Chief for the Michigan State University – Detroit College of Law *Journal of Medicine and Law* and interned with the Judge Advocate General's Office at Fort Carson in Colorado.

2.    After taking the Michigan bar, I began working at Collins & Blaha, P.C., an employment boutique law firm that represents various school districts in Michigan.

3.    Beginning in 2003, I worked as a staff attorney at Michigan Migrant Legal Assistance Project, Inc., representing migrant farm workers in various labor and consumer disputes before administrative agencies and federal and state courts.  I represented a client before the Michigan Supreme Court.  *Lopez v. Hardy's Holsteins LLC,* 2005 MIWCLR (LRP) LEXIS 151 (Mich. WCAC, June 24, 2005) *sub nom. Lopez v. Worker's Compensation Appellate*

*Comm'n.,* No. 263842, 2005 Mich. App. LEXIS 3312 (Mich. App., Sept. 23, 2005); 704 N.W. 2d 709, 474 Mich. 893 (Mich. 2005).

4.      While working at Michigan Migrant Legal Assistance Project, Inc., I served as an associate member on the State Bar's Committee on Legal Aid, was a member of the Michigan Pesticide Action Committee, and participated in committee meetings with a state legislator and other members of the state bar focusing on passing legislation to end the unlicensed practice of law by "notarios."

5.      In 2005, I joined the consumer class action law firm of Edelman Combs Latturner & Goodwin LLC in Chicago, Illinois ("Edelman Combs").  While at Edelman Combs, I worked as an associate attorney primarily responsible for the prosecution of consumer class actions brought under the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, the Illinois Consumer Fraud Act and the Illinois Security Deposit Act.

6.      In 2006, I started Warner Law Firm, LLC, which represents consumers primarily in the federal courts of Illinois and Michigan.

7.      I am a member of both the Michigan and Illinois bars and am admitted to practice before the following Courts: Seventh Circuit Court of Appeals, Sixth Circuit Court of Appeals, Northern District of Illinois, Central District of Illinois, Southern District of Illinois, Eastern District of Michigan, Western District of Michigan, Northern District of Indiana, and the Southern District of Indiana.  I have also been permitted to practice *pro hac vice* in the Eastern District of Virginia and Monterey County, California.

8.      I am a member of the Trial Bar of the Northern District of Illinois, have served the Court as appointed counsel and have performed *pro bono* work the Legal Aid

Foundation of Metropolitan Chicago.  I am a member of the National Association of Consumer Advocates and the Chicago Bar Association.

9.    Warner Law Firm, LLC has been appoint as class counsel for the settlement of an FDCPA class action in *Horton v. IQ Telecom*, 07 C 2478 (N.D. Ill).

10.    I have experience as the primary attorney prosecuting, or was materially involved at some point in the litigation in the following matters that were certified as a class action or were settled on a class basis while at Edelman Combs:  *Cavin v. Home Loan Center, Inc.*, 236 F.R.D. 387 (N.D. Ill. 2006); *Larson v. Capital One Auto Finance*, Inc. 06 C 1174, 2007 U.S. Dist. LEXIS 15620 (N.D. Ill. March 5, 2007); *Thomas v. Capital One Auto Finance, Inc.*, 06 C 643, 2006 U.S. Dist. LEXIS 81358 (N.D. Ill. Oct. 24, 2006); *Kudlicki v. Capital One Auto Finance, Inc.*, 06 C 1918, 2006 U.S. Dist. LEXIS 81103 (N.D. Ill. Nov. 2, 2006); *Pavone v. Aegis Lending Corp.,* 05 C 5129, 2006 U.S. Dist. LEXIS 62157 (N.D. Ill. Aug. 31, 2006); *Thomas v. Arrow Financial Services, LLC*, 05 C 5699, (N.D. Ill.) ($500 or 20% of the outstanding debt, whichever is less, to his or her outstanding debt; $100 or a *pro rata* share of $50,000 whichever is less class settlement established.  Settled in principal on class basis prior to my departure from Edelman Combs);  *Holt v. Wells Fargo Financial Acceptance America, Inc.*, 06 C 1949 (N.D. Ill) combined with *Perez v. Z Frank LLC,* 06 C 45 (N.D. Ill.) ($438,200 class settlement fund established. Settled in principal on class basis prior to my departure from Edelman Combs); *Smith v. Rockenbach Chevrolet Sales, Inc*. 05 C 5454 (N.D. Ill.) ($116,841.24 settlement fund established); *Cavin v. Bill Jacobs Joliet, L.L.C.,* 05 C 5025 (N.D. Ill.) ($96,658.72 class settlement fund established.  Settled in principal with Defendant Consumer Portfolio Services on a class basis prior to my departure from Edelman Combs);  *Miller v. Ocwen Federal Bank FSB*, 05 C 308 (N.D. Ill.) ($100,000 class settlement fund established);

*Asher v. Van Ru Credit Corp.,* 04 C 5947 (N.D. Ill) ($40,000 class settlement fund established)*;*

*Thruman v. National Financial Systems, Inc.* 1:05-cv-00315-WLT-JDT (S.D. Ind.) ($6,400 class

settlement fund established); *Hale v. East Lake Development & Mgt.*, 2000 CH 16139 (Cook

County, Illinois) ($436,875 settlement fund established for two classes);  *Fox v. Marquette*

*Management, Inc.* 2002 CH 12449 (Cook County, Illinois) ($150,000 class settlement fund

established.  Settled in principal on class basis prior to my departure from Edelman Combs);

*Dickson v. West Koke Mills Village Partnership*, 98 L 57 (Sangamon County, Illinois) ($3,625

class settlement fund established).

   11.  Additionally, I was the primary brief writer on behalf of the plaintiff in the

following cases:  *Cavin v. Home Loan Center, Inc.,* 236 F.R.D. 387 (N.D. Ill. 2006); *Phinn v.*

*Capital One Auto Finance, Inc.*, 502 F. Supp. 2d 625 (E.D. Mich. 2007); *Hendricks v. DSW Shoe*

*Warehouse, Inc.,* 444 F. Supp. 2d 775 (W.D. Mich. 2006);  *Chavez v. Bowman, Heintz, Bocia &*

*Vician*, 07 C 670, 2007 U.S. Dist. LEXIS 61936 (N.D. Ill. Aug. 22, 2007); *Glover v. Mary Jane*

*M. Elliott, P.C.,* 07-cv-648, 2007 U.S. Dist. LEXIS 73605, (W.D. Mich. Oct. 2, 2007);

*Cunningham v. Van Ru Credit Corp.*, 06 C 1042, 2006 WL 3289775 (E.D Mich. Nov. 12, 2006);

*Kudlicki v. Capital One Auto Finance,* 06 C 1918, 2006 WL 3210492 (N.D. Ill. Nov. 2, 2006);

*Johnston v. Arrow Financial Services, LLC.,* 06 C 13, 2006 WL 2710662 (N.D. Ill. Sept. 15,

2006);  *Pavone v. Aegis Lending Corp.,* 05 C 5129, 2006 WL 2536632 (N.D. Ill. Aug. 31, 2006);

*Cunningham v. Van Ru Credit Corp.,* 06 C 1042, 2006 WL 2056576 (E.D. Mich. July 21, 2006);

*Richardson v. DSW Inc.,* 05 C 4599, 2006 WL 163167 (N.D. Ill. Jan. 18, 2006);  *Richardson v.*

*DSW Inc.*, 05 C 4599, 2005 WL 2978755 (N.D. Ill. Nov. 3, 2005);  *Lopez v. Hardy's Holsteins*

*LLC,* 2005 MIWCLR (LRP) LEXIS 151 (Mich. WCAC, June 24, 2005) *sub nom. Lopez v.*

*Worker's Compensation Appellate Comm'n.,* No. 263842, 2005 Mich. App. LEXIS 3312 (Mich.

App. Sept. 23, 2005); 704 N.W. 2d 709, 474 Mich. 893 (Mich. 2005).

        I Curtis C. Warner declare under penalty of perjury that the foregoing is true and

correct.

Executed on __11/2/2007__     *Curtis C. Warner*
                                 Curtis C. Warner


Curtis C. Warner        cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. 37th Floor – 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)