IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARLA DOBSON f/k/a MARLA COLLINS, individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> ASSET ACCEPTANCE LLC, <br><br> Defendant, | 07 C 6203 <br><br> Judge Anderson <br><br> Magistrate Judge Valdez |

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on November 5, 2007, Plaintiff's Motion for Class Certification with attached exhibits and Memorandum in Support thereof was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered:

A copy was sent via US Mail to:

Asset Acceptance LLC
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. 37th Floor - 3714
Chicago, Illinois 60601
(312) 238-9820  (TEL)
cwarner@warnerlawllc.com