*CA Time 2:50*
*11-2-2007*

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARLA DOBSON f/k/a MARLA COLLINS

|  |  |
|---|---|
| CASE NUMBER: | **07 C 6203** |
| V. | |
| ASSIGNED JUDGE: | |
| ASSET ACCEPTANCE LLC | **JUDGE ANDERSEN** |
| DESIGNATED MAGISTRATE JUDGE: | **MAGISTRATE JUDGE VALDE** |

TO: (Name and address of Defendant)

ASSET ACCEPTANCE LLC
c/o CT Corporation System
208 South LaSalle Street, Suit 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Warner Law Firm, LLC, Millennium Park Plaza, 151 N. Michigan Ave. 37th Floor - 3714,
Chicago, Illinois 60601, (312) 238-9820

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

| (By) DEPUTY CLERK | | DATE |
|---|---|---|



*Nelida L. Finol*

NOVEMBER 2, 2007

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  11-2-2007 | CA |
|---|---|---|
| NAME OF SERVER (PRINT)  Cora Anderson | TITLE  Clerk | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:  _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  _____

G  Returned unexecuted:  _____

_____

_____

G  Other (specify):  C T Corporation

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-2-2007                Cora Anderson
             Date                     Signature of Server


205 W. Monroe 4th fl Chgo IL 60606
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.