# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARLA DOBSON f/k/a MARLA COLLINS, Individually and on behalf of a class, | )<br>)<br>) |
| Plaintiff, | ) Case No. 07 C 6203<br>)<br>) Judge Andersen |
| vs. | )<br>) Magistrate Judge Valdez |
| ASSET ACCEPTANCE LLC, | )<br>) |
| Defendant. | ) |

## NOTICE OF FILING

TO:   Curtis Charles Warner
      WARNER LAW FIRM, LLC
      Millennium Park Plaza
      151 N. Michigan Ave., 37th Floor - 3714
      Chicago, IL 60601
      cwarner@warnerlawllc.com

   PLEASE TAKE NOTICE that on **November 21, 2007,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Defendant's **ANSWER TO COMPLAINT**, in connection with the above entitled cause, a copy of which is attached hereto.

                                    Respectfully submitted,

                                    HINSHAW & CULBERTSON LLP


                                    By:  s/ Jennifer W. Weller
                                         Jennifer W. Weller

David M. Schultz (6197596)
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000
(f) 312-704-3001
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6256212v1 882884

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 21, 2007**, I served the above and foregoing **NOTICE OF FILING AND ANSWER TO COMPLAINT,** with the Clerk of the Court electronically using the CM/ECF system.

TO:    Curtis Charles Warner
         WARNER LAW FIRM, LLC
         Millennium Park Plaza
         151 N. Michigan Ave., 37th Floor - 3714
         Chicago, IL 60601
         cwarner@warnerlawllc.com

                                          HINSHAW & CULBERTSON LLP

                                      By:  s/ Jennifer W. Weller
                                                 Jennifer W. Weller

David M. Schultz (6197596)
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000
(f) 312-704-3001
dschultz@hinshawlaw.com
jweller@hinshawlaw.com