# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6203 | **DATE** | November 30, 2007 |
| **CASE TITLE** | Dobson v. Asset Acceptance LLC | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for January 29, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|