# United States District Court
# Northern District of Illinois

In the Matter of

Marla Dobson

v.

Asset Acceptance

Case No. 07 C 6203

Designated Magistrate Judge
Maria Valdez

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Wayne R. Andersen** to be related to **07 C 5967** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge John W. Darrah

Dated: November 29, 2007

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John W. Darrah**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: NOV 29 2007

Finding of Relatedness (Rev. 9/99)