Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6203 | **DATE** | 2/4/2008 |
| **CASE TITLE** | Marla Dobson vs. Asset Acceptance | | |

**DOCKET ENTRY TEXT**

Enter Discovery Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|