

In the united states district court
for the northern district of illinois
Eastern division

| | |
|---|---|
| JEFFREY WEINSTEIN and BREE FOX, individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE LLC,<br><br>Defendant. | Case No.: 07 C 5967<br><br>Judge: Darrah<br><br>Magistrate Judge Mason |
| MARLA DOBSON, individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE LLC,<br><br>Defendant. | CASE NO. 07 C 6203<br>(REASSIGNED AS RELATED)<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE VALDEZ |

### discovery order

1. **Rule 26(a)(1) Disclosures**: The parties have already exchanged Rule 26(a)(1) disclosures.

2. **Pleadings and Parties**: The last date for the plaintiff and defendant to seek leave of court to join additional parties and to amend the pleadings is March 27, 2008.

3. **Fact Discovery**: Except for good cause shown, all fact discovery shall be commenced in time to be completed by May 27, 2008. The parties agree that service by electronic means shall be allowed as set forth in Fed. R. Civ. P. 5(b)(2)(D) and LR 5.9 and that such service shall be considered complete as provided in the Federal Rules of Civil Procedure.

4. **Expert Discovery**: The parties shall serve upon each other expert disclosures and expert reports on June 26, 2008, on issues on which they bear the burden of proof. All rebuttal expert reports shall be served on July 25, 2008. Except for good cause shown, all expert discovery shall be commenced in time to be completed by August 26, 2008.

5. **Dispositive Motion Deadline**: All dispositive motions shall be filed on or before

September 16, 2008.

    6.    <u>Final Pretrial Conference:</u>  A final pretrial conference shall be held on January 22, 2009 at 1:30 pm.

    7.    <u>Trial</u>:  The parties shall be ready for trial on or after January 26, 2009 at 9:00 a.m.

Date: __2-4-08__      ENTERED: _____
                                                                                 Judge John W. Darrah

| Submitted By:<br><br>ATTORNEYS FOR JEFFREY WEINSTEIN AND BREE FOX | ASSET ACCEPTANCE, LLC |
|---|---|
| By: s/Francis R. Greene | By: s/Jennifer W. Weller<br>Jennifer W. Weller<br>Hinshaw & Culbertson LLP |

2

6277510v1 882596