**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Marla Dobson

                Plaintiff,

v.                                       Case No.: 1:07−cv−06203
                                          Honorable John W. Darrah

Asset Acceptance LLC

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: March 25, 2008

                                                                     /s/ John W. Darrah

                                                              United States District Judge