# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6203 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Dobson vs. Asset Acceptance | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion for an extension of the discovery deadlines is granted [30]. (Motion filed under lead case 07 C 5967, Weinstein v. Asset Acceptance). Fact discovery ordered closed on 6/26/08. Expert discovery ordered closed on 9/25/08. Dispositive motions to be filed in open Court on 10/16/08 at 9:00 a.m. for a briefing schedule.

| | Courtroom Deputy Initials: | MF |
|---|---|---|