UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Marla Dobson
                Plaintiff,

v.                                   Case No.: 1:07−cv−06203
                                             Honorable John W. Darrah

Asset Acceptance LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

    MINUTE entry before Judge Honorable Michael T. Mason:Settlement conference held on 4/22/2008. Parties were able to reach an agreement to settle the case. Parties are advised to file the appropriate dismissal papers with the District Judge. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Honorable Michael T. Mason no longer referred to the case.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.