## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WEINSTEIN, BREE FOX, individually and on behalf of a class, | ) ) | |
| Plaintiff, | ) | 07 C 5967 |
| v. | ) ) | Judge Darrah Magistrate Judge Mason |
| ASSET ACCEPTANCE LLC, Defendant. | ) ) ) | |
| MARLA DOBSON, individually and on behalf of a class, | ) ) | |
| Plaintiff, | ) | 07 C 6203 |
| v. | ) ) | (reassigned as related) Judge Andersen |
| ASSET ACCEPTANCE LLC Defendant. | ) ) | Magistrate Judge Valdez |

### NOTICE OF MOTION

**TO:**   (See attached service list.)

   **PLEASE TAKE NOTICE** that on June 26, 2008 at 9:00 a.m., we will appear before Honorable Judge Darrah in room 1203 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT.**

                                        s/Francis R. Greene
                                        Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on June 20, 2008, I caused to be filed the foregoing documents via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com
courtfiling@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

Curtis Warner
cwarner@warnerlawllc.com

                s/Francis R. Greene
                Francis R. Greene