Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6203 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Marla Dobson vs. Asset Acceptance | | |

**DOCKET ENTRY TEXT**

Enter Preliminary Approval Order. Fairness hearing set for 9/25/08 at 1:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

FILED-ENT
2008 JUN 27 AM 6:40
CLERK
U.S. DISTRICT COURT