LAW OFFICES OF

## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

# FILED

**AUG 0 1 2008  YM**
Aug 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

July 30, 2008

**VIA US MAIL**
Clerk of the Court
United States District Court for the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

> Re:   *Weinstein, et al., v. Asset Acceptance, LLC,* Case No. 07 C 5967
> *Dobson v. Asset Acceptance, LLC,* Case No. 07 C 6203
> ECL File No. 20517

Dear Clerk of the Court:

Please consider this to be Ms. Willie L. Clemon's request to be excluded from the above-referenced class action settlement. Ms. Clemon's address is 4423 S. LeClaire, Chicago, IL 60638.

Should you have any questions or concerns, I can be reached at (312) 739-4200.

Sincerely,

Francis R. Greene
One of Her Attorneys

FRG/gl
cc:    David M. Schultz
        Jennifer W. Weller
        Curtis Warner