

07/28/2008

Jerome Reid
314 E. Lincoln Ave
La Grange, IL 60525
708-655-4083 (mobile)

Clerk of the Court
United States District Court
for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

F I L E D

AUG 0 6 2008  YM
Aug 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir or Madam:

I am writing to inform you that I want to be excluded from *Weinstein v. Asset Acceptance LLC*, No. 07 C 5967 (N.D. Ill.) and *Dobson v. Asset Acceptance LLC*, No. 07 C 6203 (N.D. Ill.).

Sincerely,

Jerome K. Reid