LAW OFFICES
## WOERTHWEIN & MILLER
200 WEST MADISON STREET
Suite 710
CHICAGO, ILLINOIS 60606
(312) 654-0001    Fax (866) 524-9460

MHW

F I L E D
8-25-2008
AUG 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

August 21, 2008

Clerk of the Court
United States District Court for the Northern District of Illinois
219 S. Dearborn Street,
Chicago, IL 60604

    RE:    Exclusion from Weinstein v. Asset Acceptance LLC No. 07 C 5967 (N.D.Ill.) and Dobson v. Asset Acceptance LLC, No. 07 C 6203 (N.D.Ill.)

Dear Gentleperson:

    I am the attorney for Bahieh Ayesh. My client has filed a lawsuit against Asset Acceptance LLC in the Circuit Court of Cook County. The lawsuit is 2007-M1-205769. My client, Bahieh Ayesh, wants to be excluded from both Weinstein v. Asset Acceptance LLC No. 07 C 5967 (N.D.Ill.) and Dobson v. Asset Acceptance LLC, No. 07 C 6203 (N.D.Ill.).

    My client's information is:

        Bahieh Ayesh
        4456 S. Hermitige Ave Apt 1
        773-699-4360

    If you have any questions, please telephone me

                Very truly yours,

                *Ted Woerthwein*

                Theodore A. Woerthwein

taw/vs
cc.
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603.